IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § § | CRIMINAL NO. H-10-434 |
| JOE PHILLIPS<br>DOROTHY PHILLIPS | § § | |

**O R D E R**

Defendant Joe Phillips filed an unopposed motion for continuance, (Docket Entry No. 32). The codefendant is unopposed to the motion. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | February 2, 2011 |
| Responses are to be filed by: | February 16, 2011 |
| Pretrial conference is reset to: | **February 22, 2011, at 8:45 a.m.** |
| Jury trial and selection are reset to: | **February 28, 2011, at 9:00 a.m.** |

SIGNED on November 1, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge