IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § § | CRIMINAL NO. H-10-434 |
| JOE PHILLIPS DOROTHY PHILLIPS | § § | |

**O R D E R**

Defendant Joe Phillips filed a motion for continuance, (Docket Entry No. 41). The codefendant and the government are unopposed. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | March 28, 2011 |
| Responses are to be filed by: | April 11, 2011 |
| Pretrial conference is reset to: | **April 18, 2011, at 8:45 a.m.** |
| Jury trial and selection are reset to: | **April 25, 2011, at 9:00 a.m.** |

SIGNED on January 13, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge