IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-10-434 |
| | § | |
| JOE PHILLIPS | § | |
| DOROTHY PHILLIPS | § | |

**O R D E R**

This court held a hearing on May 26, 2011 on defendant Joe Phillips counsel's motion to withdraw. That motion was granted and the Magistrate Judge has appointed new counsel. The court finds that the interests of justice are served by granting a continuance to allow new counsel time to adequately prepare for trial and that those interests outweigh the interests of the public and the defendants in a speedy trial. The oral motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | September 2, 2011 |
| Responses are to be filed by: | September 16, 2011 |
| Pretrial conference is reset to**:** | **September 26, 2011, at 8:45 a.m.** |
| Jury trial and selection are reset to: | **October 3, 2011, at 9:00 a.m.** |

SIGNED on June 6, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge